[No. 13302.   Department One.   October 4, 1916.]

GREAT NORTHERN RAILWAY COMPANY, *Respondent*, v. KING COUNTY
*et al., Appellants.*[1]

Appeal from a judgment of the superior court for King county, Ronald, J., entered December 14, 1915, upon findings in favor of the plaintiff, in an action to cancel a tax, tried to the court.  Affirmed.

*Alfred H. Lundin, Robert H. Evans,* and *S. M. Brackett,* for appellants.

*F. V. Brown* and *F. G. Dorety,* for respondent.

PER CURIAM.—The questions presented in this case are identical with the questions presented in *Northern Pac. R. Co. v. King County, ante* p. 89, 160 Pac. 8, and for the reasons therein stated, the judgment is affirmed.

---

[No. 13390.   Department Two.   October 9, 1916.]

SEATTLE SEED COMPANY *et al., Respondents,* v. THE CITY OF SEATTLE,
*Appellant.*[2]

Appeal from a judgment of the superior court for King county, Jurey, J., entered October 8, 1915, upon findings in favor of the plaintiffs, in an action for damages to property, tried to the court.  Affirmed.

*James E. Bradford, Melvin S. Good, Hugh M. Caldwell,* and *Walter F. Meier,* for appellant.

*Byers & Byers,* for respondents.

PER CURIAM.—The facts in this case are substantially the same as those in the case of *Imperial Candy Co. v. Seattle, ante* p. 145, 160 Pac. 303.   The two cases were argued together, and are not distinguishable.   Upon the authority of that case, the judgment will be affirmed.

[1]Reported in 160 Pac. 11.
[2]Reported in 160 Pac. 304.